IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KEVIN JONES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:22-CV-109-L-BT** |
| § | |
| **NEWREZ LLC d/b/a SHELLPOINT** § | |
| **MORTGAGE SERVICING,** § | |
| § | |
| Defendant. § | |

# **JUDGMENT**

The court issues this judgment pursuant to its order of October 31, 2022. It is, therefore, **ordered, adjudged, and decreed** that this action by Plaintiff Kevin Jones ("Plaintiff") against Defendant New NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Defendant") is **dismissed with prejudice**; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted is **denied**, except for any motion filed by Defendant to recover attorney's fees, which will be addressed postjudgment pursuant to Federal Rule of Civil Procedure 54(d).

**Signed** this 31st day of October, 2022.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**